Name: Floyd Thomas
Address: 25898 Coriander Ct.
Moreno Valley, CA 92553
Phone: (951) 756-5480
Fax: None

In Pro Per

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

Floyd Thomas

Plaintiff

v.

Diversified Consultant, Inc

Defendant(s).

CASE NUMBER: EDCV 14-00525 FMO(SHx)

Proof of Service OF COMPLAINT

(Enter document title in the space provided above)

FILED
2014 APR -9 AM 10:15
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY: ___

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Central District of California

Floyd Thomas

*Plaintiff*

v.

Diversified Consultants, Inc.

*Defendant*

Civil Action No. EDCV14-00525 FMO (SHx)

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Diversified Consultants, Inc.
c/o INCORP SERVICES, INC.
5716 Corsa Ave., Ste 110
Westlake Village, CA 91362-7354

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Floyd Thomas
25898 Coriander Ct.
Moreno Valley, CA 92553

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

TERRY NAFISI

CLERK OF COURT

Date: MAR 19 2014

*Signature of Clerk or Deputy Clerk*

# RETURN OF SERVICE

## UNITED STATES DISTRICT COURT
## Central District District of California

Case Number: EDCV14-00525

Plaintiff:
**Floyd Thomas**

vs.

Defendant:
**DIVERSIFIED CONSULTANTS, INC.**

For:
Floyd Thomas
25898 Coriander Ct.
Moreno Valley, CA 92553

Received by Calwide Process Service on the 21st day of March, 2014 at 2:58 pm to be served on **Diversified Consultants, Inc., 5716 Corsa Ave., Ste. 110, Westlake Village, CA 91362-7354**

I, Jeffrey Berke, do hereby affirm that on the **26th day of March, 2014** at **2:35 pm, I:**

served a **REGISTERED AGENT** by delivering a true copy of the **Summons in Civil Action, Verified Complaint with Exhibits, and Certification and Notice of Interested Parties (Local Rule 7.1-1)** with the date and hour of service endorsed thereon by me, to: **INCORP SERVICES, INC C/o Maria Giangregorio Process Specialist** as **Registered Agent** at the address of: **5716 Corsa Ave., Ste. 110, Westlake Village, CA 91362-7354** on behalf of **Diversified Consultants, Inc.**, and informed said person of the contents therein, in compliance with state statutes.

**Description** of Person Served: Age: 40, Sex: F, Race/Skin Color: Caucasian, Height: 5"7, Weight: 145, Hair: Black, Glasses: N

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the judicial circuit in which the process was served.

Jeffrey Berke
RPS #414

**Calwide Process Service**
4354 Eileen St. Ste 207
Simi Valley, CA 93063
(818) 262-3501

Our Job Serial Number: CWI-2014000279

Copyright © 1992-2011 Database Services, Inc. - Process Server's Toolbox V6.5n