## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

Floyd Thomas

Plaintiff(s),

v.

Diversified Consultants Inc

Defendant(s).

CASE NUMBER:

EDCV 14-00525 FMO (SHx)

**NOTICE OF DEFICIENCY
DEFAULT/DEFAULT JUDGMENT**

PLEASE TAKE NOTICE:

The Clerk cannot enter the requested **Default** of _____ for the following reason(s)

☐  No declaration as required by F.R.Civ.P 55(a)
☐  No proof of service/waiver of service on file
☐  The name of the person served does not exactly match the person named in complaint
☐  Proof of Service is lacking required information
☐  Waiver of Service lacking the signature of the sender and/or the person acknowledging receipt
☐  Time to respond has not expired
☐  Answer and/or Motion for Summary Judgment and/or Motion to Dismiss on file
☐  Request for Entry of Default has been forwarded to the assigned Judge
☐  Party dismissed from action on _____
☐  Case terminated on _____
☐  Requesting party shall file a new Request/Application with noted deficiencies corrected **in order to have default reconsidered** .
☐  Other _____

The Clerk cannot enter the requested **Default Judgment** against _____ Diversified Consultants Inc _____ for the following reason(s)

☑  No Entry of Default on file
☐  No declaration as required by F.R.Civ.P 55(b)
☐  The name of the person for which Default Judgment is requested does not exactly match the person named in the complaint
☐  Amounts requested differ or exceed the amounts prayed for in the demand for judgment in the most recently filed complaint
☐  A declaration establishing the amount due must accompany the plaintiff's request for default judgment
☐  No judgment by default may be entered by the Clerk against the United States or an incompetent person. The Request for Entry of Default has been forwarded to the assigned Judge
☐  Amount sought is not for a sum certain or cannot be computed to a sum certain
☐  Attorney Fees sought not in compliance with Local Rule 55-3
☐  Amount sought for costs is incorrect
☐  Case terminated on _____
☑  Requesting party shall file a new Request/Application with noted deficiencies corrected **in order to have default judgment reconsidered**.
☐  Other _____

CLERK OF COURT

By: /s/ J. Lam

E-FILED: 4/24/2014

Deputy Clerk