UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No.    5:14−cv−00525−FMO−SH                                     Date   4/28/2014
Title           FLOYD THOMAS V. DIVERSIFIED CONSULTANTS INC

Present:    The Honorable  Fernando M. Olguin, United States District Judge

|  Vanessa Figueroa  | None | None |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:**     **(In Chambers) Order Re: Further Proceedings**

On April 28, 2014, the Clerk entered default as to Diversified Consultants, Inc.. Accordingly, IT IS ORDERED THAT:

1. Plaintiff shall file and serve a motion for default judgment no later than May 12, 2014, and notice it for hearing pursuant to the Local Rules. At a minimum, plaintiff's motion shall address: (a) procedural history of the action, (b) the requirements set forth in Local Rule 55−1; (c) the default judgment factors set forth in Eitel v. McCool, 782 F.2d 1470 (9th Cir. 1986); (d) the legal authority that sets out the elements of the causes of action upon which plaintiff seeks default judgment;[1] and (e) the legal basis – with specific citations to statutes and case law – for their damages and attorney's fees claims, which must be supported by admissible evidence and detailed calculations.

2. Plaintiff is advised that failure to file its motion for default judgment by the deadline set forth above shall result in the action being dismissed without prejudice for failure to prosecute and/or failure to comply with a court order. See Fed. R. Civ. P. 41(b); Link v. Wabash R.R. Co., 370 U.S. 626, 629−30, 82 S.Ct. 1386, 1388 (1962).

3. Plaintiff is further advised that failure to comply with the requirements set forth in this Order and/or to provide sufficient information for the court to make a determination as to any issue or damages calculation, may result in the motion being denied with prejudice and/or the action against defendant being dismissed for failure to prosecute and/or to comply with a court order. See Fed. R. Civ. Proc. 41(b); Link, 370 U.S. at 629−30, 82 S.Ct. at 1388.

                                                                                                  00   :   00
                                                                                Initials of Preparer:    vdr

---

[1] Plaintiff should consider the number of claims upon which it seeks default judgment. To the extent the relief plaintiff seeks can be obtained under one claim, it is not necessary – and may only delay – to seek default judgment as to the other claims in the operative complaint.