Christopher D. Holt, Bar No. 228399
KLINEDINST PC
5 Hutton Centre Drive, Suite 1000
Santa Ana, California 92707
(714) 542-1800/FAX (714) 542-3592
cholt@klinedinstlaw.com

Issa K. Moe, Bar No. 354998
MOSS & BARNETT, P.A.
4800 Wells Fargo Center
90 South Seventh Street
Minneapolis, Minnesota 55402
(612) 877-5399/FAX (612) 877-5016
MoeI@moss-barnett.com

Attorneys for Defendant
DIVERSIFIED CONSULTANTS, INC.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FLOYD THOMAS,<br><br>    Plaintiff,<br><br>    v.<br><br>DIVERSIFIED CONSULTANTS, INC.,<br><br>    Defendant. | Case No.  5:14-cv-00525-FMO-SH<br><br>**NOTICE OF ASSOCIATION OF COUNSEL**<br><br>Courtroom:         22<br>Judge:              Fernando M. Olguin<br>Magistrate Judge: Stephen J. Hillman<br>Complaint Filed:  March 19, 2014<br>Trial Date:         None set |

TO ALL PARTIES HEREIN AND TO THEIR ATTORNEYS OF RECORD:

///

///

///

///

///

///

///

- 1 -

NOTICE OF ASSOCIATION OF COUNSEL
5:14-cv-00525-FMO-SH

1     PLEASE TAKE NOTICE that Defendant DIVERSIFIED CONSULTANTS,
2 INC. hereby associates Christopher D. Holt of KLINEDINST PC, 5 Hutton Centre
3 Drive, Suite 1000, Santa Ana, California 92707, as co-counsel of record in the
4 above-entitled matter.  All notices in this matter should be served upon MOSS &
5 BARNETT, PA and KLINEDINST PC.

6

7                                 KLINEDINST PC

8

9 DATED: May 20, 2014           By: /s/ Christopher D. Holt
                                                      Christopher D. Holt
10                                                       Attorneys for Defendant
                                                      DIVERSIFIED CONSULTANTS,
11                                                       INC.

12 15913561v1