Christopher D. Holt, Bar No. 228399
KLINEDINST PC
5 Hutton Centre Drive, Suite 1000
Santa Ana, California 92707
(714) 542-1800/FAX (714) 542-3592
cholt@klinedinstlaw.com

Issa K. Moe, Bar No. 354998
MOSS & BARNETT, P.A.
4800 Wells Fargo Center
90 South Seventh Street
Minneapolis, Minnesota 55402
(612) 877-5399/FAX (612) 877-5016
MoeI@moss-barnett.com

Attorneys for Defendant
DIVERSIFIED CONSULTANTS, INC.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FLOYD THOMAS,<br><br>    Plaintiff,<br><br>    v.<br><br>DIVERSIFIED CONSULTANTS, INC.,<br><br>    Defendant. | Case No. 5:14-cv-00525-FMO-SH<br><br>**CERTIFICATE OF SERVICE**<br><br>Courtroom: 22<br>Judge: Fernando M. Olguin<br>Magistrate Judge: Stephen J. Hillman<br>Complaint Filed: March 19, 2014<br>Trial Date: None set |

I declare that:

I am and was at the time of service of the papers herein, over the age of eighteen (18) years and am not a party to the action. I am employed in the County of Orange, California, and my business address is 5 Hutton Centre Drive, Suite 1000, Santa Ana, California 92707.

On **May 20, 2014**, I caused to be served the following documents:

**NOTICE OF ASSOCIATION OF COUNSEL**

☐ **BY REGULAR MAIL:** I caused such envelopes to be deposited in the United States mail, at Santa Ana, California, with postage thereon fully prepaid, individually, addressed to the parties as indicated. I am readily familiar with the firm's practice of collection and processing correspondence in mailing. It is deposited with the United States postal service each day and that practice was followed in the ordinary course of business for the service herein attested to. (Fed. R. Civ. P. 5(b)(2)(B).)

1

CERTIFICATE OF SERVICE
5:14-cv-00525-FMO-SH

| | | |
|---|---|---|
| 1 | ☐ | **BY OVERNIGHT SERVICE:** I caused such envelopes to be delivered by Overnight/Express Mail Delivery to the addressee(s) noted in this Certificate of Service. |
| 2 | | |
| 3 | ☐ | **BY FACSIMILE TRANSMISSION:** I caused a true copy of the foregoing document(s) to be transmitted (by facsimile # ) to each of the parties mentioned above at the facsimile machine and as last given by that person on any document which he or she has filed in this action and served upon this office. |
| 4 | | |
| 5 | | |
| 6 | ☒ | **BY ELECTRONIC FILING SERVICE:** By electronically filing the foregoing document(s) using the CM/ECF system. Service of an electronically filed document upon a CM/ECF User who has consented to electronic service is deemed complete upon the transmission of the Notice of Electronic Filing ("NEF") . The NEF will be maintained with the original document(s) in our office. |
| 7 | | |
| 8 | | |
| 9 | | |
| 10 | ☐ | **BY PERSONAL SERVICE:** I served the person(s) listed below by leaving the documents, in an envelope or package clearly labeled to identify the person being served, to be personally served via Cal Express Attorney Service on the parties listed on the service list below at their designated business address. |
| 11 | | |
| 12 | | |

    ☐    By personally delivering the copies;

    ☐    By leaving the copies at the attorney's office;

            ☐    With a receptionist, or with a person having charge thereof; or

            ☐    In a conspicuous place in the office between the hours of _____ in the morning and five in the afternoon;

    ☐    By leaving the copies at the individual's residence, a conspicuous place, between the hours of eight in the morning, and six in the afternoon.

I declare that I am employed in the office of a member of the bar of this Court, at whose direction the service was made.

**SEE ATTACHED SERVICE LIST**

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice, it would be deposited with the United States Postal Service on that same day with postage thereon fully prepaid at Santa Ana, California, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in affidavit.

///

///

///

1      I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

2      Executed on May 20, 2014, at Santa Ana, California.

                                        /s/ Carrie L. Gagne
                                        Carrie L. Gagne

Service List
Floyd Thomas v. Diversified Consultants, Inc.
2589-5002

| Floyd Thomas<br>25898 Coriander Ct.<br>Moreno Valley, CA 92553 | T: (951) 756-5480<br>Email: Cadilove@gmail.com<br><br>PRO SE |
|---|---|

15913555v1