Issa K. Moe, Bar No. 254998
MOSS & BARNETT, P.A.
4800 Wells Fargo Center
90 South Seventh Street
Minneapolis, Minnesota 55402
(612) 877-5399/FAX (612) 877-5016
MoeI@moss-barnett.com

Christopher D. Holt, Bar No. 228399
KLINEDINST PC
5 Hutton Centre Drive, Suite 1000
Santa Ana, California 92707
(714) 542-1800/FAX (714) 542-3592
cholt@klinedinstlaw.com

Attorneys for Defendant
DIVERSIFIED CONSULTANTS, INC.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FLOYD THOMAS,<br><br>      Plaintiff,<br><br>   v.<br><br>DIVERSIFIED CONSULTANTS, INC.,<br><br>      Defendant. | Case No.: 5:14-cv-00525-FMO-SH<br><br>**NOTICE OF MOTION AND MOTION OF DEFENDANT DIVERSIFIED CONSULTANTS, INC. TO SET ASIDE ENTRY OF DEFAULT PURSUANT TO FED. R. CIV. P. 55(c)**<br><br>Date:           July 10, 2014<br>Time:          10:00 A.M.<br>Courtroom:  22 – 5th Floor<br>Judge:         Hon. Fernando M. Olguin |

**PLEASE TAKE NOTICE** that on July 10, 2014, at 10:00 A.M., or as soon thereafter as this matter may be heard in Courtroom 22 of the above-entitled Court, located at 312 North Spring Street, Los Angeles, CA 90012, the defendant, Diversified Consultants, Inc. ("Diversified"), will and does hereby move the Court pursuant to Federal Rule of Civil Procedure 55(c) to set aside the default entered against Diversified by the Clerk, U.S. District Court, on April 28, 2014.

1  Good cause exists to grant Diversified's motion to set aside the default entered against it because its delay in answering the complaint of the plaintiff, Floyd Thomas ("Plaintiff"), was not due to culpable conduct. Further, Diversified has substantial, meritorious defenses to the claims of Plaintiff, and Plaintiff will not be prejudiced if the default is set aside.

This motion is based on this notice of motion, the attached memorandum of points and authorities, the proposed order filed and served concurrently herewith, all papers and pleadings on file, and on such oral and documentary evidence that may be offered at the motion hearing.

Prior to retaining Diversified's undersigned counsel, Diversified's national outside counsel attempted to reach Plaintiff on May 13, May 14, and May 19, 2014 to coordinate a conference to discuss this motion, in compliance with L.R. 7-3. Plaintiff did not respond to these communications. A declaration from Diversified's national outside counsel describing her efforts to reach Plaintiff is attached to this motion as Exhibit 1. Diversified's undersigned counsel made a final attempt to reach Plaintiff by telephone on May 28, 2014. Counsel spoke with Plaintiff at that time, but the parties were unable to reach a resolution which eliminates the necessity for a hearing.

MOSS & BARNETT, P.A.

Dated: May 28, 2014          By:  **/s/ Issa K. Moe**
                                  ISSA K. MOE
                                  Attorneys for Defendant
                                  DIVERSIFIED CONSULTANTS, INC.

- 2 -

**NOTICE OF MOTION AND MOTION TO SET ASIDE ENTRY OF DEFAULT**
Case No.: 5:14-cv-00525-FMO-SH

2500181v1